| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **DISTRICT OF DELAWARE** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**   Oklahoma Merge, LP

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   3 7 - 1 8 5 1 3 0 8

**4. Debtor's address**

Principal place of business

**3710 Rawlins Street**
Number    Street
**Suite 1100**

**Dallas**         **TX**    **75219**
City            State   ZIP Code

**Dallas**
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City            State   ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City            State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Oklahoma Merge, LP**        Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
         MM / DD / YYYY
         District _____ When _____ Case number _____
         MM / DD / YYYY
         District _____ When _____ Case number _____
         MM / DD / YYYY

Debtor **Oklahoma Merge, LP** _____  Case number (if known) _____

| | |
|---|---|
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes. Debtor **See attached Exhibit "A"**  Relationship _____<br>District _____ When _____<br>                                          MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____  Relationship _____<br>District _____ When _____<br>                                          MM / DD / YYYY<br>Case number, if known _____ |
| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?**  *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**  _____<br>                                    Number   Street<br>                                    _____<br>                                    City        State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and adminstrative information

| | |
|---|---|
| 13. Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Debtor  Oklahoma Merge, LP _____                    Case number (if known) _____

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2019
MM / DD / YYYY

X _____      Mark H. Reed
Signature of authorized representative of debtor    Printed name

Title  See attached Exhibit "B"

**18. Signature of attorney**

X _____      Date  08/12/2019
Signature of attorney for debtor              MM / DD / YYYY

**Kevin G. Collins**
Printed name

**Barnes & Thornburg LLP**
Firm name

**1000 N. West Street**
Number    Street

**Suite 1500**

**Wilmington**                    DE       19801
City                              State    ZIP Code

**(302) 300-3434**                **Kevin.Collins@btlaw.com**
Contact phone                     Email address

**5149**                          DE
Bar number                        State

## EXHIBIT "A"

10. **Debtor:** Oklahoma Merge Midstream, LP
    **Relationship to you:** Affiliate
    **District:** District of Delaware

    **Debtor:** Oklahoma River Basin, LP
    **Relationship to you:** Affiliate
    **District:** District of Delaware

    **Debtor:** PWR Invest, LP
    **Relationship to you:** Affiliate
    **District:** District of Delaware
    **Case Number:** 19-11164-JTD

    **Debtor:** PWR Oil & Gas General Partners, Inc.
    **Relationship to you:** Affiliate
    **District:** District of Delaware
    **Case Number:** 19-11161-JTD

# EXHIBIT "B"

Oklahoma Merge, LP

    By: PWR Oil & Gas General Partners, Inc., General Partner

    By: _____/s/ Mark H. Reed_____
         Mark H. Reed, Director

## RESOLUTIONS
## OF
## THE BOARD OF DIRECTORS
## OF
## PWR OIL & GAS GENERAL PARTNERS, INC.
## IN ITS CAPACITY AS GENERAL PARTNER
## OF
## OKLAHOMA MERGE, LP
## OKLAHOMA MERGE MIDSTREAM, LP
## OKLAHOMA RIVER BASIN, LP

**TAKEN BY UNANIMOUS WRITTEN CONSENT IN LIEU OF A MEETING** Pursuant to the Bylaws of PWR Oil & Gas General Partners, Inc. (the "**Bylaws**"), the undersigned, being the entire Board of Directors (the "**Board**") of **PWR Oil & Gas General Partners, Inc.**, a Delaware corporation (the "**General Partner**"), in its capacity as general partner of Oklahoma Merge, LP, Oklahoma Merge Midstream, LP, and Oklahoma River Basin, LP, each a Delaware limited partnership (the "**Partnerships**") do hereby unanimously consent to and adopt the following resolutions, dated effective as of _____**August 11**_____, **2019**, as the action of the Board in lieu of a meeting and do hereby direct that this written consent to such action be filed with the minutes of the proceedings of the Board:

**NOW THEREFORE, BE IT RESOLVED,** that the Board hereby adopts the

**WHEREAS**, the Board is contemplating, after consultation with the management and the legal and financial advisors of the Partnerships regarding the liabilities and liquidity of the Partnerships, the various effects of certain loan documents and agreements, and the impact of the foregoing on the Partnerships' businesses, authorizing the Partnerships to each file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Chapter 11 Cases**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

**WHEREAS**, the Board desires to approve the following resolutions.

**NOW, THEREFORE BE IT RESOLVED** that Mark H. Reed and Glenn Lickstein (each, an "**Authorized Signatory**") in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the General Partner, in its capacity as general partner of the Partnerships, all petitions, schedules, motions, lists, applications, pleadings, notices, certifications and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, restructuring advisors, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds with such Authorized Signatory deems necessary, proper, or desirable in connection with the Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case;

**RESOLVED FURTHER**, that the law firm of Pronske & Kathman, P.C. be employed as counsel for the Partnerships in connection with the Chapter 11 Cases;

**RESOLVED FURTHER**, that the law firm of Barnes & Thornburg LLP be employed as local counsel and co-counsel for the General Partner and Partnerships in connection with the Chapter 11 Cases;

**RESOLVED FURTHER**, that the firm of FTI Consulting, Inc. be employed as restructuring advisor for the Partnerships in connection with the Chapter 11 Case;

**RESOLVED FURTHER,** that the Authorized Signatory is authorized and empowered in the name and on behalf of the Company, to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses and (iii) engage such persons as such Authorized Signatory in his or her sole discretion, may determine to be necessary or appropriate to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

**RESOLVED FURTHER**, that any and all actions taken by any Authorized Signatory or the directors of the General Partner in the name and on behalf of the General Partner, in its capacity as general partner of the Partnerships, prior to the date of these resolutions that would have been authorized by these resolutions be, and hereby are, authorized, ratified, confirmed, adopted and approved in all respects as the acts and deeds of the Partnerships.

**RESOLVED FURTHER**, that these resolutions may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

*[Signatures on following page]*

IN WITNESS WHEREOF, the undersigned hereby duly execute this consent as of the date above first written.

**BOARD OF DIRECTORS**

By: _____
Mark H. Reed, Director

By: _____
Glenn Lickstein, Director

### Fill in this information to identify the case and this filing:

Debtor Name: **Oklahoma Merge, LP**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  **Creditor Matrix, List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/12/2019**    X _____[signature]_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

**Mark H. Reed**
Printed name

**See attached Exhibit "A"**
Position or relationship to debtor

# EXHIBIT "A"

Oklahoma Merge, LP

    By: PWR Oil & Gas General Partners, Inc., General Partner

    By: _____
          Mark H. Reed, Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Oklahoma Merge, LP** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gaedeke Holdings VII, Ltd. 3710 Rawlins Street Suite 1100 Dallas, TX 75219 | (214) 273-3330 energy@gaedeke.com | Loan | | | | 19,912,695.00 |
| 2 | Gaedeke Oil Gas Operating, LLC 3710 Rawlins Street Suite 1100 Dallas, TX 75219 | (214) 273-3330 energy@gaedeke.com | Trade | | | | $642,824.30 |
| 3 | Roan Resources 14701 Hertz Quail Springs Parkway Oklahoma City, OK 73134 | (405) 896-8002 jib@roanresources.com | Trade | | | | $397,418.18 |
| 4 | Grande Oil & Gas Inc. P.O. Box 2514 Edmond, OK 73087 | (405) 348-8135 al.grande@coxinet.net | Trade | | | | $224,515.00 |
| 5 | Jones Energy, LLC 807 Las Cimas Parkway Suite 350 Austin, TX 78746 | (512) 328-2953 ap@jonesenergy.com | Trade | | | | $54,855.90 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor   **Oklahoma Merge, LP**　　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Phillips Murrah P.C. 101 N. Robinson Oklahoma City, OK 73102 | (405) 235-4100 | Professional Services | | | | $22,412.93 |
| 7 | Continental Resources, Inc. P.O. Box 952724 Oklahoma City, OK 73126 | (405) 234-9000 diana.salgado@clr.com | Trade | | | | $19,317.15 |
| 8 | Merrill Corporation P.O. Box 74007252 Chicago, IL 60674-7252 | (888) 867-0309 | Professional Services | | | | $14,746.02 |
| 9 | Mahaffey & Gore, P.C. 300 Northeast First Street Oklahoma City, OK 73104-4004 | (405) 306-0478 | Professional Services | | | | $13,732.05 |
| 10 | Newfield Exploration Mid-Continent, Inc. 4 Waterway Square Place Suite 100 The Woodlands, TX | (866) 269-0281 ar@newfield.com | Trade | | | | $12,893.35 |
| 11 | Cimarex Energy Co. 4023 Solutions Center Chicago, IL 60677 | cchadwick@cimarex.com | Trade | | | | $7,033.59 |
| 12 | Latham & Watkins LLP 811 Main Street Suite 370 Houston, TX 77002 | (713) 546-5400 | Professional Services | | | | $5,639.00 |
| 13 | Marathon Oil Co. P.O. Box 732309 Dallas, TX 75373 | (866) 925-6093 mkulkarni@marathonoil.com | Trade | | | | $2,089.32 |

Debtor  **Oklahoma Merge, LP**    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Echo E&P, LLC 3817 NW Expressway Suite 840 Oklahoma City, OK 73112 | (833) 387-6705 jib.inquiry@echo-ep.com | Trade | | | | $454.49 |
| 15  Red Rock Oil & Gas Operating, LLC 1141 N. Robinson, Suite 301 Oklahoma City, OK 73103 | | Trade | | | | $329.26 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **OKLAHOMA MERGE, LP** § | |
| § | **CASE NO. 19-_____** |
| Debtor. § | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor (the "Debtor") hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Chamber Energy Management, LP
600 Travis Street, Suite 4700
Houston, TX 77002

Cimarex Energy Co.
4023 Solutions Center
Chicago, IL 60677

Continental Resources, Inc.
P.O. Box 952724
Oklahoma City, OK 73126

Echo E&P, LLC
3817 NW Expressway
Suite 840
Oklahoma City, OK 73112

Gaedeke Holdings VII, Ltd.
3710 Rawlins Street
Suite 1100
Dallas, TX 75219

Gaedeke Oil Gas Operating, LLC
3710 Rawlins Street
Suite 1100
Dallas, TX 75219

Grande Oil & Gas Inc.
P.O. Box 2514
Edmond, OK 73087

Jones Energy, LLC
807 Las Cimas Parkway
Suite 350
Austin, TX 78746

Latham & Watkins LLP
811 Main Street
Suite 370
Houston, TX 77002

Mahaffey & Gore, P.C.
300 Northeast First Street
Oklahoma City, OK 73104-4004

Marathon Oil Co.
P.O. Box 732309
Dallas, TX 75373

Merrill Corporation
P.O. Box 74007252
Chicago, IL 60674-7252

Newfield Exploration Mid-Continent, Inc.
4 Waterway Square Place
Suite 100
The Woodlands, TX 77380

Phillips Murrah P.C.
101 N. Robinson
Oklahoma City, OK 73102

Red Rock Oil & Gas Operating, LLC
1141 N. Robinson, Suite 301
Oklahoma City, OK 73103

Roan Resources
14701 Hertz Quail Springs Parkway
Oklahoma City, OK 73134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **OKLAHOMA MERGE, LP** § | |
| § | CASE NO. 19-_____ |
| Debtor. § | |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor Oklahoma Merge, LP's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

| Name and Address of Holder | Percentage |
|---|---|
| **PWR Invest, LP**<br>3710 Rawlins Street, Suite 1100<br>Dallas, Texas 75219 | 99.99% |
| **PWR Oil & Gas General Partners, Inc.**<br>3710 Rawlins Street, Suite 1100<br>Dallas, Texas 75219 | 0.01% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § |
| | §  **Chapter 11** |
| **OKLAHOMA MERGE, LP** | § |
| | §  **CASE NO. 19-_____** |
| Debtor. | § |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the following are corporations, other than the Debtor, or a governmental unit, that directly or indirectly owns ten percent (10%) or more of any class of the Debtor's equity interests:

**PWR Invest, LP**
3710 Rawlins Street, Suite 1100
Dallas, Texas 75219